NPI 1487180659, TIN 815043013
CENTERS FOR IMAGING OF LAKELAND LLC
PO BOX 850001 DEPT # 8212
ORLANDO, FL 32885-8212
Phone:863.274.3636

01/24/2022 10:19:47

MIRELY VAZQUEZ

ACCOUNT:
LAST PMT:

| INSURANCE | NAME | PATIENT | GUARANTOR | INSURED | INSURED ID |
|---|---|---|---|---|---|
| PRIMARY | PIP LIEN | MIRELY VAZQUEZ | | SAME AS PATIENT | 07271976 |
| SECONDARY | | MIRELY VAZQUEZ | | | |

STATEMENT 01/01/2011 - 01/24/2022

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-16-21 | 73721-LT | G44.309, M54.2, M25.561, M25.562 | Mri Jnt Lwr Eextrae W/O Dye | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | |
| 04-16-21 | 72141-26 | G44.309, M54.2, M25.561, M25.562 | Mri Neck Spine W/O Dye | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | |
| 04-16-21 | 99072 | G44.309, M54.2, M25.561, M25.562 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-16-21 | 72141 | G44.309, M54.2, M25.561, M25.562 | Mri Neck Spine W/O Dye | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | |
| 04-16-21 | 70551 | G44.309, M54.2, M25.561, M25.562 | Mri Brain Stem W/O Dye | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | |
| 04-16-21 | 73721-RT | G44.309, M54.2, M25.561, M25.562 | Mri Jnt Lwr Eextrae W/O Dye | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | |
| | | | TOTAL | 6,460.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,460.00 | |

NOTES

Make an easy payment online! Go to: www.complete-care.com and select 'Make a Payment'.
† This balance indicates the patient's copay as indicated by insurance before processing. Copay amount may change after insurance has processed the claims.
† The Other Pmt column indicates Interest and Tax payments.
[]



EXHIBIT F

NPI 1205362373, TIN 821336151
INTERVENTIONAL ASSOCIATES OF LAKELAND
PO BOX 850001 DEPT # 8213
ORLANDO, FL 32885-8213
Phone:863.272.7930

01/24/2022 10:37:25

STEFANO BATISTA-CAGAN

ACCOUNT:
LAST PMT:

| INSURANCE | NAME | PATIENT | GUARANTOR | INSURED | INSURED ID |
|---|---|---|---|---|---|
| PRIMARY | PIP LIEN | MIRELY VAZQUEZ | STEFANO BATISTA-CAGAN | SAME AS PATIENT | 0000 |
| SECONDARY | | MIRELY VAZQUEZ | STEFANO BATISTA-CAGAN | | |

STATEMENT 01/01/2011 - 01/24/2022

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-16-21 | 99072 | S06.0X0A, H51.11, H55.81, H55.89 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-16-21 | 95816 | S06.0X0A, H51.11, H55.81, H55.89 | Eeg Awake & Drowsy | 2,201.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,201.34 | |
| 06-16-21 | CH0801 | S06.0X0A, H51.11, H55.81, H55.89 | QEEG | 2,612.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,612.90 | |
| 05-27-21 | 92541 | S06.0X0A, H51.11, H55.81, H55.89 | Spontaneous Nystagmus Test | 152.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.64 | |
| 05-27-21 | 92544-59 | S06.0X0A, H51.11, H55.81, H55.89 | Optokinetic Nystagmus Test | 109.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.74 | |
| 05-27-21 | 92545-59 | S06.0X0A, H51.11, H55.81, H55.89 | Oscillating Tracking Test | 101.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 101.58 | |
| 05-27-21 | 99072 | S06.0X0A, H51.11, H55.81, H55.89 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 05-27-21 | 92542-59 | S06.0X0A, H51.11, H55.81, H55.89 | Positional Nystagmus Test | 177.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.30 | |
| 04-22-21 | 99204-25 | S06.0X0A, H51.11, H55.81, H55.89 | Office/Outpatient Visit - New Pa | 929.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 929.94 | |
| 04-22-21 | 99072 | S06.0X0A, H51.11, H55.81, H55.89 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| | | | TOTAL | 6,315.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,315.44 | |

**NOTES**

Make an easy payment online! Go to: www.complete-care.com and select 'Make a Payment'.
[]

NPI 1912453531, TIN 812275573
INTERVENTIONAL ASSOCIATES OF ORLANDO
PO BOX 850001 DEPT# 8039 IALONG
ORLANDO, FL 32885.8039
Phone:407.608.5638

01/24/2022 10:43:25

**STEFANO BATISTA-CAGAN**

ACCOUNT:
LAST PMT:

| INSURANCE | NAME | PATIENT | GUARANTOR | INSURED | INSURED ID |
|---|---|---|---|---|---|
| PRIMARY | PIP LIEN | MIRELY VAZQUEZ | STEFANO BATISTA-CAGAN | SAME AS PATIENT | 0000 |
| SECONDARY | | MIRELY VAZQUEZ | STEFANO BATISTA-CAGAN | | |

STATEMENT 01/01/2011 - 01/24/2022

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-21-21 | 99072 | S83.32XA, S83.221A, M50.20, M54.12 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 12-21-21 | 99214-25 | S83.32XA, S83.221A, M50.20, M54.12 | Office/Outpatient Visit - Est Pa | 713.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 713.35 | |
| 06-10-21 | 99072 | S83.32XA, S83.221A, M50.20, M54.12 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-10-21 | 99204-25 | S83.32XA, S83.221A, M50.20, M54.12 | Office/Outpatient Visit - New Pa | 929.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 929.94 | |
| 05-11-21 | 99446 | G44.309, M54.2, M53.0, M25.60 | Interprofessional Telephone/Inte | 77.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 77.96 | |
| | | | TOTAL | 1,741.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,741.25 | |

**NOTES**

Make an easy payment online! Go to: www.complete-care.com and select 'Make a Payment'.
[]

NPI 1417506452, TIN 900883498
INTEGRATIVE PHYSICAL MEDICINE OF HUNTERS CREEK
P.O., BOX 850001 DEPT# 8128 IPMHUNTERS
ORLANDO, FL 32885-8128
Phone:321.900.0605

01/24/2022 10:26:22

STEFANO BATISTA-CAGAN

ACCOUNT:
LAST PMT:

| INSURANCE | NAME | PATIENT | GUARANTOR | INSURED | INSURED ID |
|---|---|---|---|---|---|
| PRIMARY | PIP LIEN | MIRELY VAZQUEZ RIVERA | STEFANO BATISTA-CAGAN | SAME AS PATIENT | 07271976 |
| SECONDARY | | MIRELY VAZQUEZ RIVERA | STEFANO BATISTA-CAGAN | | |

STATEMENT 01/01/2011 - 01/24/2022

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-12-21 | 99213-25 | M50.20, M23.612, M23.611, M23.321 | Office/Outpatient Visit - Est Pa | 182.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.63 | |
| 10-12-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 10-06-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 10-06-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 10-06-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 10-06-21 | 97164-59 | M50.20, M23.612, M23.611, M23.321 | Re-Evaluation Of Physical Therap | 136.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136.51 | |
| 10-05-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 10-05-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 10-05-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 10-05-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 10-05-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 10-04-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 10-04-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 10-04-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 10-04-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 10-04-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 10-04-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 07-01-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-01-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 07-01-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 07-01-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 07-01-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-28-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-28-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 06-28-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 06-28-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 06-28-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 06-28-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-24-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-24-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-24-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 68.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.99 | |
| 06-24-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 06-24-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 06-24-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 06-23-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 06-23-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 06-23-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-23-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 06-23-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-23-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 68.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.99 | |
| 06-23-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 06-17-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 06-17-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 06-17-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-17-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-15-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 06-15-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-15-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-15-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 68.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.99 | |

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-15-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 06-15-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 06-15-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 06-14-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 06-14-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 68.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.99 | |
| 06-14-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-14-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-14-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 06-09-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 06-09-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 06-09-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-09-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 06-09-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 06-09-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-09-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 68.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.99 | |
| 06-08-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |
| 06-08-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-08-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-08-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 06-03-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-03-21 | 99213-25 | M50.20, M23.612, M23.611, M23.321 | Office/Outpatient Visit - Est Pa | 182.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.63 | |
| 06-03-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-03-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 68.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.99 | |
| 06-02-21 | 97164 | M50.20, M23.612, M23.611, M23.321 | Re-Evaluation Of Physical Therap | 136.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136.51 | |
| 06-02-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-01-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 68.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.99 | |
| 06-01-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 59.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.61 | |
| 06-01-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-01-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 35.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.65 | |
| 06-01-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.57 | |

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-01-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 55.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.37 | |
| 06-01-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 76.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.61 | |
| 05-05-21 | 97150 | M50.20, M23.612, M23.611, M23.321 | Grp Therapeutic Procs | 44.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.58 | |
| 05-05-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |
| 05-05-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |
| 05-05-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 86.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.25 | |
| 05-05-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 05-05-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 05-04-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 36.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.98 | |
| 05-04-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 86.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.25 | |
| 05-04-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 05-04-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 05-04-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |
| 05-04-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |
| 05-03-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 05-03-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 04-29-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-29-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |
| 04-29-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |
| 04-29-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 86.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.25 | |
| 04-29-21 | L0180 | M50.20, M23.612, M23.611, M23.321 | Cerv Post Col O Cc/Man Sup Adj | 1,159.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,159.25 | |
| 04-29-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 36.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.98 | |
| 04-29-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 04-28-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-28-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 36.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.98 | |
| 04-28-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 04-28-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |
| 04-28-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 86.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.25 | |
| 04-28-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |
| 04-27-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-27-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-27-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |
| 04-27-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 04-27-21 | 97112-59 | M50.20, M23.612, M23.611, M23.321 | Neuromusc Reeducation | 86.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.25 | |
| 04-27-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 36.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.98 | |
| 04-26-21 | 97530-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |
| 04-26-21 | 98940 | M50.20, M23.612, M23.611, M23.321 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 04-26-21 | 99212-25 | M50.20, M23.612, M23.611, M23.321 | Office/Outpatient Visit - Est Pa | 139.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 139.40 | |
| 04-26-21 | 99072 | M50.20, M23.612, M23.611, M23.321 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-26-21 | 97012 | M50.20, M23.612, M23.611, M23.321 | Mechanical Traction Tx | 36.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.98 | |
| 04-26-21 | 97110-59 | M50.20, M23.612, M23.611, M23.321 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |
| 04-21-21 | 98940 | M53.0, S13.4XXA, M25.562, M25.561 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 04-21-21 | 99072 | M53.0, S13.4XXA, M25.562, M25.561 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-19-21 | 97012 | M53.0, S13.4XXA, M25.562, M25.561 | Mechanical Traction Tx | 36.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.98 | |
| 04-19-21 | 98940 | M53.0, S13.4XXA, M25.562, M25.561 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 04-19-21 | 99072 | M53.0, S13.4XXA, M25.562, M25.561 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-19-21 | 97110-59 | M53.0, S13.4XXA, M25.562, M25.561 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |
| 04-19-21 | 97530-59 | M53.0, S13.4XXA, M25.562, M25.561 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |
| 04-14-21 | 99072 | M53.0, S13.4XXA, M25.562, M25.561 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-14-21 | 97530-59 | M53.0, S13.4XXA, M25.562, M25.561 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |
| 04-14-21 | 97110-59 | M53.0, S13.4XXA, M25.562, M25.561 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |
| 04-14-21 | 97150 | M53.0, S13.4XXA, M25.562, M25.561 | Grp Therapeutic Procs | 44.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.58 | |
| 04-14-21 | 76499 | M53.0, S13.4XXA, M25.562, M25.561 | Radiographic Proc | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | |
| 04-13-21 | 99072 | M53.0, S13.4XXA, M25.562, M25.561 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-13-21 | 97164 | M53.0, S13.4XXA, M25.562, M25.561 | Re-Evaluation Of Physical Therap | 170.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.65 | |
| 04-12-21 | 98940 | M53.0, S13.4XXA, M25.562, M25.561 | Chiropractic Manip 1-2 Regions | 69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.23 | |
| 04-12-21 | 97530-59 | M53.0, S13.4XXA, M25.562, M25.561 | Therapeutic Activities | 95.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.78 | |
| 04-12-21 | 99072 | M53.0, S13.4XXA, M25.562, M25.561 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-12-21 | J3490x15 | M53.0, S13.4XXA, M25.562, M25.561 | Unclassified Drugs | 825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 825.00 | |
| 04-12-21 | 97110-59 | M53.0, S13.4XXA, M25.562, M25.561 | Therapeutic Exercises | 74.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.53 | |

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | |
| | | | TOTAL | 9,950.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,950.63 | |

**NOTES**

Make an easy payment online! Go to: www.complete-care.com and select 'Make a Payment'.

† This balance indicates the patient's copay as indicated by insurance before processing. Copay amount may change after insurance has processed the claims.

† The Other Pmt column indicates Interest and Tax payments.

{]

NPI 1871980656, TIN 472453834
INTEGRATIVE PHYSICAL MEDICINE OF KISSIMMEE
PO BOX 850001 DEPT # 8203
ORLANDO, FL 328858203
Phone:407-624-5808

01/24/2022 10:32:33

**STEFANO BATISTA-CAGAN**

ACCOUNT:
LAST PMT:

| INSURANCE | NAME | PATIENT | GUARANTOR | INSURED | INSURED ID |
|---|---|---|---|---|---|
| PRIMARY | PIP LIEN | MIRELY VAZQUEZ RIVERA | STEFANO BATISTA-CAGAN | SAME AS PATIENT | 07271976 |
| SECONDARY | | MIRELY VAZQUEZ RIVERA | STEFANO BATISTA-CAGAN | | |

STATEMENT 01/01/2011 - 01/24/2022

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-09-21 | 73560 | M53.0, S13.4XXA, M25.562, M25.561 | X-Ray Knee 1/2 | 83.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 83.63 | |
| 04-09-21 | 72050 | M53.0, S13.4XXA, M25.562, M25.561 | X-Ray Neck Spine 4/5 Vws | 128.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128.45 | |
| 04-09-21 | 99072 | M53.0, S13.4XXA, M25.562, M25.561 | Addl Supl Matrl&Staf Tm Phe | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 04-09-21 | 99203 | M53.0, S13.4XXA, M25.562, M25.561 | Office/Outpatient Visit - New Pa | 282.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 282.03 | |
| | | | TOTAL | 504.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 504.11 | |

**NOTES**

Make an easy payment online! Go to: www.complete-care.com and select 'Make a Payment'.
[]

```
                              ITEMIZED BILL                    PAGE     1

DATE   11/24/2021      ADVENTHEALTH ORLANDO      PATIENT CONTROL NUMBER
TIME   10:05:31 AM     601 E ROLLINS ST          3007466400
                       ORLANDO      FL 328031248
PATIENT NAME                                     MEDICAL RECORD NUMBER
VAZQUEZRIVERA, MIRELY                            93361285

BEGINNING DATE OF SERVICE     ENDING DATE OF SERVICE
032821                        032921
```

| REV CODE | PROCEDURE DESCRIPTION | HCPCS/RATES | DATE | UNITS | CHARGE AMOUNT | NC CHARGE AMOUNT |
|---|---|---|---|---|---|---|
| 0250 | OXYCODONE 5 MG-APAP 325 |  | 032821 | 2 | 5.94 |  |
| 0250 | ONDANSETRON ODT 4 MG TAB |  | 032921 | 1 | 2.53 |  |
| 0250 | KETOROLAC 60 MG PER 2 ML | J1885 | 032921 | 4 | 9.85 |  |
| 0250 | MORPHINE 2 MG/ML INJECTI | J2270 | 032921 | 3 | 55.97 |  |
| 0260 | INJECTION IM/SC | 96372 | 032921 | 2 | 426.00 |  |
| 0320 | KNEE,=>4 VWS-LT | 73564LT | 032921 | 1 | 570.00 |  |
| 0320 | KNEE,=>4 VWS-RT | 73564RT | 032921 | 1 | 570.00 |  |
| 0324 | CHEST-ROUTINE | 71046 | 032921 | 1 | 726.00 |  |
| 0351 | CT BRAIN SCAN WITHOUT CO | 70450 | 032921 | 1 | 3913.00 |  |
| 0351 | CT MAXILLOFACIAL WO | 70486 | 032921 | 1 | 3702.00 |  |
| 0450 | 99284 - LEVEL 4 | 99284 | 032821 | 1 | 3011.00 |  |
| 0636 | TETANUS-DIPHTHERIA-PERTU | 90715 | 032921 | 1 | 498.07 |  |
| 0771 | ED VACCINE ADMINISTRATIO | 90471 | 032921 | 1 | 213.00 |  |
| 0001 | PAGE   1 OF    1 |  |  | 20 | 13703.36 |  |
| 0001 | TOTAL |  |  | 20 | 13703.36 |  |

**THIS IS NOT A BILL**

PO BOX 639165
CINCINNATI,OH 45263-9165

**PATIENT STATEMENT**

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 73990527/60 | 05/05/21 |

| CHECK NUMBER | PAYMENT AMOUNT |
|---|---|
| | |

73990527-60-6025

**FOR PROPER POSTING PLEASE WRITE IN CHECK NUMBER AND AMOUNT PAID** ➡

MIRELY VAZQUEZRIVERA

PLEASE WRITE YOUR ACCOUNT NAME ON YOUR CHECK
MAKE PAYABLE IN U.S. DOLLARS TO:

FL EMERG PHYS KANG & ASSOC
PO BOX 639165
CINCINNATI,OH 45263-9165

PATIENT NAME: MIRELY VAZQUEZRIVERA

TO PAY BY CREDIT CARD COMPLETE
AND SIGN THE OTHER SIDE OF THIS STATEMENT

PHYSICIAN SERVICES RENDERED AT: ADVENTHEALTH PARTIN SETTLEMENT FSED

PAYMENTS AND INSURANCE INFORMATION MAILED SEVEN DAYS PRIOR TO THE ABOVE STATEMENT DATE MAY NOT YET APPEAR

TAXPAYER ID: 59-1281714

BILLING INQUERIES: 888-952-6772

HOURS OF OPERATION: MONDAY - FRIDAY 8AM TO 8PM & SATURDAY 10AM TO 3PM ET
PROVIDE INSURANCE INFO OR PAY BY CREDIT CARD AT WWW.TEAMHEALTH.COM/BILLING

| DATE / INVOICE # | DX / CPT CODE | DESCRIPTION | PROVIDER | CHARGES | PAYMENT CREDITS |
|---|---|---|---|---|---|
| 03/28/21 | 99285 | EMERGENCY DEPT VISIT - 99285 | | 1525.00 | |
| 284116893 | S00.81X | | CRICHLOW MD,SHAKITA T | | |
| 03/28/21 | 99053 | SERVICE PROVIDED BETWEEN 10:00PM AND 8:0 | | 92.00 | |
| 284116893 | S00.81X | | CRICHLOW MD,SHAKITA T | | |

**PHYSICIAN CHARGES ARE NOT INCLUDED IN THE FACILITY BILL**

ACCOUNT NAME: 73990527/60    STATEMENT DATE: 05/05/21 (LWC)    TOTAL NOW DUE ▶ 1617.00

| RESPONSIBLE PARTY | ACCOUNT # | BILL DATE |
|---|---|---|
| MIRELY VAZQUEZRIVERA | ■ | 04-12-2021 |

ADVENTHEALTH MED GP RAD CF
PO BOX 864552
ORLANDO, FL 32886-4552

MIRELY VAZQUEZRIVERA

| DOS | Patient | Physician | Phys Tax ID | Charge Description | Amt | Pmt | Adj | Bal |
|---|---|---|---|---|---|---|---|---|
| 03-29-2021 | MIRELY VAZQUEZRIVERA | 1005-HAKKY, MICHAEL | | 73564 26,RT - X-RAY EXAM KNEE 4 OR MORE | 37.59 | 0.00 | 0.00 | 37.59 |
| 03-29-2021 | MIRELY VAZQUEZRIVERA | 1005-HAKKY, MICHAEL | | 73564 26,LT - X-RAY EXAM KNEE 4 OR MORE | 37.59 | 0.00 | 0.00 | 37.59 |
| 03-29-2021 | MIRELY VAZQUEZRIVERA | 152-TAILOR, | | 70450 26 - CT HEAD/BRAIN W/O DYE | 129.63 | 0.00 | 0.00 | 129.63 |
| 03-29-2021 | MIRELY VAZQUEZRIVERA | 152-TAILOR, | | 70486 26 - CT MAXILLOFACIAL W/O DYE | 174.78 | 0.00 | 0.00 | 174.78 |
| 03-29-2021 | MIRELY VAZQUEZRIVERA | 252-Sacerdote, Michael | | 71046 26 - X-RAY EXAM CHEST 2 VIEWS | 32.85 | 0.00 | 0.00 | 32.85 |
| 03-29-2021 | MIRELY VAZQUEZRIVERA | 152-TAILOR, | | 76377 26 - 3D RENDER W/INTRP POSTPROCES | 121.11 | 0.00 | 0.00 | 121.11 |
| 03-29-2021 | MIRELY VAZQUEZRIVERA | 152-TAILOR, | | G9637 - DOC >1 DOSE REDUC TECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 03-29-2021 | MIRELY VAZQUEZRIVERA | 152-TAILOR, | | G9637 - DOC >1 DOSE REDUC TECH | 0.00 | 0.00 | 0.00 | 0.00 |

**Account Balance:** **$533.55**

FOR BILLING QUESTIONS PLEASE CALL (866) 481-7571

Account Number: 555326-RSFL

1 of 1

PRAJA

555326-RSFL-48799230